JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California  93721
Telephone: (559) 444-0300

Attorney for Defendant
Rosa Patricia Monson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>   v.<br><br>ROSA PATRICIA MONSON,<br><br>           *Defendant.* | NO. 1:10-CR-419 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER OF DENIAL |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kathy Servatius, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Rosa Patricia Monson, that **the sentencing hearing in the above-referenced matter now set for December 5, 2011, may be continued to February 6, 2011 at 1:00 P.M.**

    This continuance is requested by counsel for Defendant as defense needs time research the applicable sentencing laws and complete its sentencing memorandum.  The requested continuance will conserve time and resources for the parties and the court.

    As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.


                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: December 1, 2011              By:  KATHLEEN A. SERVATIUS
                                                              Assistant United States Attorney

| | |
|---|---|
| DATED: December 1, 2011 | By: /s/ JON K. RENGE |
| | Attorney for Defendant |
| | ROSA PATRICIA MONSON |

**O R D E R**

DENIED.  GOOD CAUSE HAS NOT BEEN STATED TO JUSTIFY THE NEED FOR ADDITIONAL TIME.  WHAT COUNSEL WISHES TO DO HAS BEEN STATED, BUT WHY IT WAS NOT ACCOMPLISHED IN THE USUAL AMOUNT OF TIME HAS NOT BEEN STATED.

IT IS SO ORDERED.

**Dated:     December 1, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE