UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California | RE:  Rosa Patricia Monson<br>Docket Number:  0972 1:10CR00419-002<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Rosa Patricia Monson is requesting permission to travel to Sinaloa, Mexico.  Rosa Patricia Monson is current with all supervision obligations, and the probation officer recommends approval be granted.  It is noted that the majority of the offender's family resides in Mexico, and it is requested that the probation office be granted discretion to approve any future trips to Mexico without noticing the Court.

**Conviction and Sentencing Date:**  On January 23, 2012, Rosa Patricia Monson was sentenced for the offense(s) of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A), Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:**  46 months imprisonment; 60 months supervised release; $100 special assessment; mandatory drug testing.

**Dates and Mode of Travel:**  July 4, 2014 to July 13, 2014, via bus.

**Purpose:**  To visit family and see a doctor.

1

REV.   05/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE:    **Rosa Patricia Monson**
       **Docket Number:  0972 1:10CR00419-002**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                                    Respectfully submitted,

                                      /S/ Ross Micheli

                                      Ross Micheli
                              United States Probation Officer

Dated:   July 1, 2014
         Fresno, California
         RM

                          /S/ Tim Mechem
**REVIEWED BY:**          **Tim Mechem**
                          **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved        ☐    Disapproved

**SO ORDERED**
**Dated: July 2, 2014**

                                  /s/ Lawrence J. O'Neill
                              **United States District Judge**